Appeal from a judgment for the defendants, entered in the Kings county clerk's office on the 21st day of December, 1906, upon a decision after a trial at the Kings County Special Term.

GAYNOR, J.: The learned counsel for the appellants has submitted to us a large volume of 361 pages which is called a brief. It is not a brief, and does not serve the purpose of elucidating and aiding which is done by a brief. It has in addition an index of 12 pages, which is about the length the brief would have been if made after the way established for the making of briefs. The case is a simple one, was tried with care and true discernment by the learned trial Judge, and as the opinion he filed leaves nothing additional to be said on the law or the facts, the judgment should be affirmed thereon.* Jenks and Miller, JJ., concurred; Woodward and Hooker, JJ., concurred in result. Judgment affirmed, with costs.

----

Arthur L. Lee, Agent of The Steeplechase Company, etc., Respondent, v. Revolving Airship Tower Company, Appellant.— Motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Henry Sweet v. George G. Raymond, Mayor of the City of New Rochelle, and Others.— Motion denied. We think the motion never should have been made and that it was unbecoming of the attorney for the moving party to make it; we think it might well subject him to the discipline of the court, but after deliberation have concluded to overlook it. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Paul M. Abrahams, Respondent, v. Carl A. Spilker, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Richard H. Bauer, Respondent, v. Ira R. Fairbarns, Defendant, and William J. Orr, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Andrew Belesky, Respondent, v. William Simanowitch, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Richard M. Bell, Respondent, v. Abel H. Gilbert, Appellant, Impleaded with Thomas L. James and Others, Defendants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Jerome L. Bergen, Appellant, v. Brooklyn Realty Trading Company, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Jerome L. Bergen, Appellant, v. Midwood Park Company, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

----

*For opinion see N. Y. Sup. Ct. Cases & Briefs of Counsel (State Law Library), Vol. 7138, No. 1, p. 746 *et seq.*— [REP.